# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2019

158638 & (12)(13)(17)(18)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY LEE SOLLOWAY,
      Defendant-Appellant.

_____/

SC: 158638
COA: 343238
Cass CC: 13-010217-FC

      On order of the Court, the application for leave to appeal the September 4, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the Cass Circuit Court's January 9, 2018 order denying relief from judgment, and we REMAND this case to that court to re-evaluate the defendant's motion for relief from judgment, including (if the motion is not returned to the defendant) the November 29, 2018 affidavit of investigator Joseph Bruce. The circuit court erred by: (1) purporting to deny the defendant's motion as not complying with MCR 6.502(C), when the proper relief for such a defect is, under MCR 6.502(D), either returning the motion to the defendant or adjudicating the motion on the merits notwithstanding the defect; (2) treating the defendant's motion for relief from judgment as a successive motion; and (3) concluding that the claim of new evidence had been previously resolved against the defendant on appeal. The motions to remand for an evidentiary hearing, to expand the record, to stay, and for immediate consideration of the motion to stay are DENIED as moot.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2019
_____

t0521

Clerk